# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. PEPE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. HARRINGTON, Warden, et al.,<br><br>　　　　Respondent. | NO. CV 11-9088 GAF (FMO)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated:  November 10, 2011  .

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Gary Feess
　　　　　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE